# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3087

_____

Roger Johnson; Ronald Farmer;          *
Curt Brink; Christopher Trail,          *
                                        *
                Plaintiffs,             *
                                        *
Gerald Porter,                          *
                                        *
                Appellant,              *
                                        *
Francis Kamuf; Willie Wright, and all   *
those prisoners similarly situated within *
the Missouri Department of Corrections  *
or held by officers or agents of the State *
of Missouri who are affected by this    *
litigation,                             *
                                        *
                Plaintiffs,             *
                                        *
        v.                              *
                                        *
Dora B. Schriro, Superintendent;        *
Michael Groose; Lynda S. Taylor;        *
Steven E. Moore, Darin Morgan,          *
                                        *
                Appellees.              *

_____                 Appeals from the United States
                            District Court for the
No. 99-3088                 Western District of Missouri.
_____

Roger Johnson; Ronald Farmer; Curt      *
Brink; Christopher Trail; Gerald Porter, *      [UNPUBLISHED]

|  |  |  |
|---|---|---|
| Plaintiffs, | * | |
| | * | |
| Francis Kamuf, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| Willie Wright, and all those prisoners similarly situated within the Missouri Department of Corrections or held by officers or agents of the State of Missouri who are affected by this litigation, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| Dora B. Schriro, Superintendent; Michael Groose; Lynda S. Taylor; Steven E. Moore; Darin Morgan, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  May 5, 2000
Filed:  May 15, 2000
_____

Before McMILLIAN, RICHARD S. ARNOLD, and HANSEN, Circuit Judges.
_____

PER CURIAM.

Gerald Porter and Francis Kamuf, Missouri inmates incarcerated at the Western Missouri Correctional Center (WMCC), appeal the district court's order dismissing their complaint without prejudice for failure to exhaust administrative remedies.

Appellants also move to proceed in forma pauperis (IFP) on appeal. We grant them permission to proceed IFP, leaving the fee-collection details to the district court in accordance with 28 U.S.C. § 1915(b).

Further, after careful review of the record, we affirm the judgment of the district court as to Porter, because the record reveals that he has not exhausted his administrative remedies as required by the Prison Litigation Reform Act. However, we reverse the judgment of the district court as to Kamuf, and remand so that he may proceed on the merits, because he exhausted his administrative remedies before the district court dismissed the complaint. See Williams v. Norris, 176 F.3d 1089, 1090 (8th Cir. 1999) (per curiam).

Accordingly, we grant appellants' requests to proceed IFP on appeal; and we affirm the judgment of the district court in part, reverse in part, and remand for further proceedings consistent with this opinion.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.